

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| SAUL DELEON, individually, and on behalf of other members of the general public similarly situated, | Case No. CV10-2468 AG (RNBx) |
| | CLASS ACTION |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | Date: ~~January 31,~~ February 14, 2011 |
| | Time: 10:00 a.m. |
| TIME WARNER NY CABLE LLC, a Delaware limited liability company; and DOES 1 though 10, inclusive. | Court Room: 10D |
| Defendants. | Complaint Filed: Feb. 11, 2010 |
| | Trial Date: Sept. 13, 2011 |

CV 10-2468
[PROPOSED] JUDGMENT

SanDiego 60401.1

1 |     This action came on for hearing before the Court on ~~January 31~~ February 14 2011, the

2 | Honorable Andrew J. Guilford, District Judge, presiding, on the motion of

3 | Defendant Time Warner NY Cable LLC ("Defendant") for summary judgment.

4 |     The evidence presented having been fully considered, the issues having been

5 | heard and a decision having been rendered granting the motion, IT IS HEREBY

6 | ORDERED AND ADJUDGED that Plaintiff Saul Deleon ("Plaintiff") take

7 | nothing, that judgment on the merits is hereby entered in favor of Defendant and

8 | against Plaintiff, and that Plaintiff's Complaint is dismissed with prejudice for the

9 | reasons set forth in the Court's Order Granting Defendant's Motion for Summary

10 | Judgment ~~(Docket Entry No. ___)~~

11 | Dated: August 31, 2011,

_____

Hon. Andrew J. Guilford
United States District Judge

CV 10-2468
[PROPOSED] JUDGMENT

SanDiego 60401.1